720

Elisa Guzmán Acevedo y Fernando Rivera Ufret, recurrentes, v. El Registrador de la Propiedad de San Germán, P. R., recurrido.

No. 766.—*Sometido:* Mayo 20, 1929. *Resuelto:* Junio 10, 1929.

*Juan J. Toro,* abogado de los recurrentes; el registrador recurrido compareció por escrito.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

El Registrador de San Germán se negó a inscribir un arrendamiento por dos años porque la escritura no contenía un convenio expreso al efecto de que la misma debería inscribirse.

Las partes por mediación de su abogado, el que también fué el notario ante quien se había otorgado el contrato de arrendamiento habían presentado al registrador, al solicitar la inscripción, un informe escrito manifestando que debido a inadvertencia se había omitido la cláusula de que debería inscribirse el arrendamiento, pero que las partes deseaban inscribir el contrato. Este informe estaba suscrito y jurado por el abogado ante un notario público pero el registrador resolvió que era insuficiente.

El artículo 2 de la Ley Hipotecaria dispone que los arrendamientos a corto plazo serán inscritos cuando hubiere convenio expreso de las partes a tal efecto. El artículo 3 estatuye

que para que puedan ser inscribibles los títulos mencionados en el artículo 2 deben constar en escritura pública.

La prueba del arrendamiento es el contrato de arrendamiento. El convenio al efecto de que el documento sea inscrito no forma necesariamente parte de ese contrato. No es la estipulación respecto a la inscripción sino el contrato de arrendamiento lo que ha de inscribirse. Todo lo que la ley exige es el consentimiento de las partes. No dice que ese consentimiento debe quedar evidenciado por un instrumento notarial o que un abogado debe presentar una escritura de poder como prueba de su autoridad para hablar a nombre de su cliente. La misma cuestión fué planteada por el Registrador de San Germán y fué resuelta hace un año en el caso de *Cruz* v. *Registrador,* 37 D.P.R. 909.

*Debe revocarse la nota recurrida.*